No. 02–9182. SIMS *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–9211. MILLER *v.* WISCONSIN. C. A. 7th Cir. Certiorari denied.

No. 02–9212. MILLER *v.* McCAUGHTRY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 02–9233. COX ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–9239. CASSELL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–9266. PORTO-CARREDO ESTUPINAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–9268. DONALDSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–9275. RUCKMAN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–9276. DAVIS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–9278. DUNKLIN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–9279. EDWARDS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–9281. MOREJON CORCHO *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–9284. UPDIKE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–9286. PEREA-SANTANA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–9287. MORALEZ-ESPINOZA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.